IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**Loretta Marshall**  Case No.: **20-CA-004167**
Plaintiff(s)
vs
**WAL MART STORES EAST LP**
A/K/A WAL MART SUPERCENTER # 5760 A/K/A,
WAL MART NEIGHBORHOOD MARKET # 5760    Division D
Defendant(s)

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**WAL MART STORES EAST LP**
**A/K/A WAL MART SUPERCENTER # 5760**
**A/K/A WAL MART NEIGHBORHOOD MARKET # 5760**
C/O CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on SAMUEL STUART MEHRING, Jr, plaintiff's attorney, whose address is **3712 W AZEELE ST   TAMPA FL  33609** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.
**DATED** on May 19, 2020.

Attorney: SAMUEL STUART MEHRING, Jr
Attorney For: Loretta Marshall
Address: 3712 W AZEELE ST
TAMPA FL  33609

Florida Bar No: 441767

PAT FRANK
As Clerk of the Court

*Dana Caranante*

Dana Caranante, Deputy Clerk
Prepared By: Veronica Phillips, Deputy Clerk
P.O. Box 3360             800 E Twiggs St
Tampa, FL 33601         Room 101
                                    Tampa FL 33602
(813)276-8100

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Electronically Filed: Hillsborough County / 13th Judicial Circuit

# EXHIBIT "A"

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite,

avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa**

**konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

IN THE CIRCUIT COURT IN AND FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL ACTION

LORETTA MARSHALL,

    Plaintiff

vs.

WAL MART STORES EAST LP A/K/A,
WAL MART SUPERCENTER # 5760 A/K/A,
WAL MART NEIGHBORHOOD MARKET # 5760

    Defendant.

Case No: 20-CA-004167
Division: D

## COMPLAINT

**COMES NOW**, the Plaintiff, LORETTA MARSHALL, by and through her undersigned attorney, and sue the Defendant, WAL MART STORES EAST LP A/K/A, WAL MART SUPERCENTER # 5760 A/K/A, WAL MART NEIGHBORHOOD MARKET # 5760 (hereinafter referred to as "Wal-Mart"), and alleges as follows:

1. This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00).

2. On or about May 15, 2016, the Defendant Wal-Mart was the owner and/or tenant in possession and control of a premises located at 1601 W. Kennedy Blvd, Tampa, Hillsborough County, Florida, that was used as a retail store for its patrons.

3. At that time and place, Plaintiff went onto the property as a business invitee to shop at the Defendant Wal-Mart. On the aforesaid date and at the aforesaid place, Plaintiff was in the process of walking in front of a cooler that was located in the store, when she slipped on invisible water that was leaking onto the floor from the cooler which was malfunctioning.

4. It was the duty of Defendant Wal-Mart to maintain the walking areas of its property in a reasonably safe condition for walking thereon by customers, and to warn customers of any unsafe conditions.

5. Defendant Wal-Mart was careless and negligent in that Defendant Wal-Mart failed to maintain and keep the premises in a reasonably safe condition, in the following particulars:

    A. Failed to fix the malfunctioning cooler,

    B. Failed to rope off or otherwise prohibit customers from walking down the cooler isle until the broken and leaking, cooler was fixed.

    C. Failed to place warning signs about the wet and dangerous floor where the malfunctioning cooler was leaking water onto the floor.

6. The negligent condition was known to Defendant WAL-MART or had existed for a sufficient length of time so that Defendant WAL-MART should have known of it, or in the alternative, was actually created by Defendant WAL-MART by failing to fix the malfunctioning cooler.

7. Defendant WAL-MART is a well-known interstate organization that holds itself out to the public as a retail store known as WAL-MART, representing to the public and its customers, such as Plaintiff, that it is a retail store open for business to all patrons who are willing to purchase products from Defendant WAL-MART and by all open and obvious appearances and indications, the store was operated and controlled by the Defendant WAL-MART

8. Plaintiff LORETTA MARSHALL relied on the open and obvious representations of Defendant WAL-MART by shopping at Defendant's premises, and relying on the Defendant WAL-MART to provide a safe and adequate walking area which openly appeared to be part of the

Defendant WAL-MART 's retail store.

9. Plaintiff LORETTA MARSHALL chose to shop at Defendant WAL-MART's premises based upon her reliance upon Defendant WAL-MART, being a large chain of retail stores capable of providing a safe and adequate area for doing business at its premises.

10. As a direct and proximate result, Plaintiff LORETTA MARSHALL suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical, and nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing condition, and loss of ability to do daily living activities requiring Plaintiff to obtain replacement services by hiring assistance. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff LORETTA MARSHALL demands judgment for damages, costs, and interest against the Defendant WAL MART STORES EAST LP A/K/A, WAL MART SUPERCENTER # 5760 A/K/A, WAL MART NEIGHBORHOOD MARKET # 5760 and further demands trial by jury as to all issues so triable.

LAW OFFICE OF SAMUEL S. MEHRING, JR.

*/s/ Samuel S.Mehring*

SAMUEL S. MEHRING, JR., ESQUIRE
Florida Bar # 441767
3712 W. Azeele Street
Tampa, Florida 33609
(813) 877-5297
Attorney for Plaintiff

N:\SSM\M334\LITIGATION\COMPLAINT-SLIPFALL-WALMART.DOCX