UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:20-cv-1835-T-36SPF

LORETTA MARSHALL,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP

      Defendant.
_____/

## JOINT NOTICE OF PARTIES' AVAILABILITY FOR TRIAL

COMES NOW the Parties by and through their respective counsel, pursuant to the Court's Order (Doc. 92), and stipulate their notice of availability for trial during the months of February through March 2023, stating as follows:

1. Attorney for the Defendant, WAL-MART STORES EAST, LP, Savannah M. Connell, Esq., is on maternity leave and shall be available after October 15, 2022.

2. The Parties have conferred and agree to availability for trial on the suggested agreed upon trial docket of February 1-24, 2023.

3. Lead counsel, Jerry D. Hamilton, Esq., is currently set for the following trials on the suggested agreed upon trial docket of February 1-24, 2023:

- *Marie Six v. Wal-Mart Stores East, LP*, Case No. 38-2021-CA-000063 in the Eight Judicial Circuit in and for Levy County, Florida. Per the Trial Order issued on May 20, 2022, this matter is currently set for trial beginning on February 6, 2023 before the Honorable Judge Craig C. DeThomasis.

- *Rene Hernandez v. Walmart Inc.*, Case No. 21-CA-005627, in the Thirteenth Judicial Circuit for Hillsborough County, Florida. Per the Uniform Trial & Pretrial Order issued March 22, 2022, this matter is current set for trial on the two week docket beginning February 13, 2022 before the Honorable Judge Emily A. Peacock.

- *Lakaisha Reid v. Wal-Mart Stores, Inc.*, Case No. CACE-21-011113, in the Seventeenth Judicial Circuit in and for Broward County, Florida. Per the Uniform Trial Order issued on April 19, 2022, this matter is currently set for trial on the three week docket beginning February 13, 2023 before the Honorable Judge Keathan B. Frink.

| | |
|---|---|
| */s/* Samuel S. Mehring, Jr. | */s/ Diana M. Rodriguez.* |
| SAMUEL S. MEHRING, Jr. | JERRY D. HAMILTON |
| Florida Bar No: 441767 | Florida Bar No.: 970700 |
| 3712 W. Azeele Street | jhamilton@hamiltonmillerlaw.com |
| Tampa, FL 33609 | SHAINA M. DRUKER |
| Tel.: (813)-877-5297 | Florida Bar No.: 100213 |
| Service Email: | sdruker@hamiltonmillerlaw.com |
| | SAVANNAH M. CONNELL |
| mehringpleadings@aol.com | Florida Bar No.: 0125562 |
| | sconnell@hamiltonmillerlaw.com |

|  | DIANA M. RODRIGUEZ<br>Florida Bar No.: 1026413<br>drodriguez@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>100 South Ashley Drive, Suite 1210<br>Tampa, Florida 33602<br>Telephone: (813) 223-1900<br>Facsimile: (813) 223-1933<br>E-Service:<br><br>smd-serve@hamiltonmillerlaw.com |
|---|---|